UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **STROH,** | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | No.   04-618 DRH |
| | ) | |
| **HUBBELL, INC.,** | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED:  This   10th   day of    June   , 2005.

/s/     David RHerndon

**UNITED STATES DISTRICT JUDGE**